# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CIV 10-084-FHS |
| ) | |
| 1) CHARLES O. DUCKETT, a.k.a. Charles ) | |
| Duckett, a.k.a. Charles Otis Duckett; et al., ) | |
| Defendants. ) | |

## ORDER FOR DEFAULT JUDGMENT

On this 20th day of April, 2010, the Court takes under consideration the motion of plaintiff for the entry of default judgment against the defendants, Capital One Bank and the State of Oklahoma, ex rel Department of Human Services, and it appearing from plaintiff's motion and affidavit filed herein that the defendants, Capital One Bank and the State of Oklahoma, ex rel Department of Human Services, were served with summons and complaint more than twenty (20) days prior to this date, and said defendants have failed to answer; that, the Court further finds that judgment by default should be entered as prayed for in plaintiff's motion.

IT IS THEREFORE ORDERED that the Capital One Bank and the State of Oklahoma, ex rel Department of Human Services, are in default of appearance, and that judgment be entered accordingly.

_Frank H. Seay_
Frank H. Seay
United States District Judge