**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIV 10-084-FHS** |
| | ) | |
| **1)CHARLES O. DUCKETT, a.k.a. Charles** | ) | |
| **Duckett, a.k.a. Charles Otis Duckett; et al.,** | ) | |
| **Defendants.** | ) | |


<u>O R D E R</u>

**NOW ON** this 6th day of May, 2010, there being a motion filed by the plaintiff to dismiss the defendants, **Board of County Commissioners of McCurtain County, Oklahoma and the County Treasurer of McCurtain County, Oklahoma**.   The court being advised in the premises finds that said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff's Motion to Dismiss defendant, **Board of County Commissioners of McCurtain County, Oklahoma and the County Treasurer of McCurtain County, Oklahoma**, is hereby granted.


Frank H. Seay
United States District Judge