# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>1) CHARLES O. DUCKETT, a.k.a. Charles Duckett, a.k.a. Charles Otis Duckett; et al.,<br>  Defendants. | CIV 10-084-FHS |

## ORDER FOR DEFAULT JUDGMENT

On this 16th day of June, 2010, the Court takes under consideration the motion of plaintiff for the entry of default judgment against the defendants, Marcus Duckett, Katie Duckett, Collins Financial Services, Inc. and NCO Portfolio Management, and it appearing from plaintiff's motion and affidavit filed herein that the defendants, Marcus Duckett, Katie Duckett, Collins Financial Services, Inc. and NCO Portfolio Management served with summons and complaint more than twenty (20) days prior to this date, and said defendants have failed to answer; and it further appearing that plaintiff has no knowledge of said defendants Marcus Duckett and Katie Duckett, to be minors or incompetent persons, or any of them in the military service of the United States as defined or contemplated by the Soldiers and Sailors Civil Relief Act of 1940 and the amendments thereto; that, the Court further finds that judgment by default should be entered as prayed for in plaintiff's motion.

IT IS THEREFORE ORDERED that the defendants, Marcus Duckett, Katie Duckett, Collins Financial Services, Inc. and NCO Portfolio Management, are in default of appearance, and that judgment be entered accordingly.

Frank H. Seay
United States District Judge