IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>1)CHARLES O. DUCKETT, a.k.a. Charles Duckett, a.k.a. Charles Otis Duckett; et al.,<br>Defendants. | CIV 10-084-FHS |

## ORDER FOR DEFAULT JUDGMENT

On this 17th day of June, 2010, the Court takes under consideration the motion of plaintiff for the entry of default judgment against the defendant, Evelyn D. Duckett, a.k.a. Evelyn Deloris Duckett, a.k.a. Evelyn Duckett, deceased, the unknown heirs, executors, devisees, trustees and assigns of Evelyn Deloris Duckett, deceased, and it appearing from plaintiff's motion and affidavit filed herein that the defendant, Evelyn D. Duckett, a.k.a. Evelyn Deloris Duckett, a.k.a. Evelyn Duckett, deceased, the unknown heirs, executors, devisees, trustees and assigns of Evelyn Deloris Duckett, deceased, was served by publication pursuant to the requirements of 28 U.S.C. 1655, and said defendant has failed to answer; and it further appearing that plaintiff has no knowledge of said defendant being a minor or incompetent person, or in the military service of the United States as defined or contemplated by the Soldiers and Sailors Civil Relief Act of 1940 and the amendments thereto; the Court further finds that judgment by default should be entered as prayed for in plaintiff's motion.

IT IS THEREFORE ORDERED that the defendant, Evelyn D. Duckett, a.k.a. Evelyn Deloris Duckett, a.k.a. Evelyn Duckett, deceased, the unknown heirs, executors, devisees, trustees and assigns of Evelyn Deloris Duckett, deceased, is in default of appearance, and that judgment be entered accordingly.

Frank H. Seay
United States District Judge