# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) CIV 10-084-FHS |
| | ) |
| **1)CHARLES O. DUCKETT, a.k.a. Charles** | ) |
| **Duckett, a.k.a. Charles Otis Duckett;** | ) |
| **2)EVELYN D. DUCKETT, a.k.a. Evelyn** | ) |
| **Deloris Duckett, a.k.a. Evelyn Duckett,** | ) |
| **deceased, the unknown heirs,** | ) |
| **executors, devisees, trustees and** | ) |
| **assigns of Evelyn Deloris Duckett,** | ) |
| **deceased; 3)MARCUS DUCKETT;** | ) |
| **4)KATIE DUCKETT; 5)CAPITAL ONE BANK;** | ) |
| **6)FORD MOTOR CREDIT CORPORATION;** | ) |
| **7)ERIN CAPITAL MANAGEMENT, LLC;** | ) |
| **8)COLLINS FINANCIAL SERVICES, INC.;** | ) |
| **9)NCO PORTFOLIO MANAGEMENT** | ) |
| **CAPITAL ONE; 10)STATE OF OKLAHOMA,** | ) |
| **ex rel., Department of Human Services;** | ) |
| **Defendants.** | ) |

## ORDER

Before the court is the Findings and Recommendations of the United States Magistrate Judge, (Dkt. 157) in which the Magistrate Judge recommends that the United States Marshal's Sale and all proceedings under the Order of Sale are hereby approved and confirmed and that the United States Marshal for the Eastern District of Oklahoma make and execute to the purchaser, the United States of America, acting by and through the Farm Service Agency, a good and sufficient deed for the property, more specifically described as follows:

> The SW4 of the SW4 of the NW4 LESS a one tract described as beginning at the NW Corner of the SW4 SW4 NW4, thence East 208 feet; thence South 208 feet; thence West 208 feet; thence North 208 feet, in Section 7, Township 8 South, Range 24 East of the Indian Base and Meridian.
>
> AND
>
> Tract #5 - Lots 4, 5, 6, 8, 9, 10, 11, 12,13, 14, 16, 17, 18 and 19, The South 26.5 feet of Lot 3; and The South 26.5 feet of Lot 24, and All in Williston Addition to the City of Idabel, Oklahoma, according to the recorded plat thereof.
>
> Tract #7 - E2 SE4 NE4 NW4 of Section 7, Township 8 South, Range 24 East; This real estate is subject to a road easement described as follows: - and also an Easement 20 feet in width, lying 10-feet on each side of the following described centerlined: Beginning at the NE Corner of SE4 NW4 of said Section 7; thence North 28°20'31" East 147.18 feet; thence North 40°56'48" East 131.71 feet; thence North 77°26'29" East 157.55 feet; thence South 87°22'54" East 326.24 feet; thence North 87°04'30" East 339.16 feet; thence North 53°53'06" East 65.84 feet to an existing county road.

It was further recommended that after the execution and delivery of the Deed to the purchaser by the United States Marshal, the purchaser is hereby granted possession of the property against any or all persons now in possession.

It was also recommended that the proceeds of the sale conducted here be disbursed by the United States Marshal for the Eastern District of Oklahoma as follows:

> FIRST:   The sum of . . . . . . . . . . $ 58,955.00
> Payable to US Department of Justice
> in partial satisfaction of plaintiff's
> judgment of . ...............$279,306.12
> which includes:
>
> Unpaid principal of . . . . $274,920.10
> Interest to judgment & sale. ..$4,386.77

No objections were filed to said Report and Recommendation. Upon review, this Court hereby adopts the Findings and

Recommendations as the ruling of this court. Accordingly, the Amended Motion to Confirm Sale 2 (Dkt. 147) is hereby **GRANTED**.

**IT IS SO ORDERED** this 29th day of July, 2014.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma