# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | CIV 10-084-FHS |
| ) | |
| **1)CHARLES O. DUCKETT, a.k.a. Charles** ) | |
| **Duckett, a.k.a. Charles Otis Duckett;** ) | |
| **2)EVELYN D. DUCKETT, a.k.a. Evelyn** ) | |
| **Deloris Duckett, a.k.a. Evelyn Duckett,**) | |
| **deceased, the unknown heirs,** ) | |
| **executors, devisees, trustees and** ) | |
| **assigns of Evelyn Deloris Duckett,** ) | |
| **deceased; 3)MARCUS DUCKETT;** ) | |
| **4)KATIE DUCKETT; 5)CAPITAL ONE BANK;** ) | |
| **6)FORD MOTOR CREDIT CORPORATION;** ) | |
| **7)ERIN CAPITAL MANAGEMENT, LLC;** ) | |
| **8)COLLINS FINANCIAL SERVICES, INC.;** ) | |
| **9)NCO PORTFOLIO MANAGEMENT** ) | |
| **CAPITAL ONE; 10)STATE OF OKLAHOMA,** ) | |
| **ex rel., Department of Human Services;** ) | |
| **Defendants.** ) | |

## ORDER

    Before the court is the Findings and Recommendations of the United States Magistrate Judge, (Dkt. 158) in which the Magistrate Judge recommends that the United States Marshal's Sale and all proceedings under the Order of Sale are hereby approved and confirmed and that the United States Marshal for the Eastern District of Oklahoma make and execute to the purchaser, L&M Cattle Company, a good and sufficient deed for the property, more specifically described as follows:

        All that part of the S2 of the SE4 of the SW4 of Section

29, Township 8 South, Range 25 East of the Indian Base
and Meridian, in McCurtain County, described as follows:

Begin at the NE corner of the S2 of the SE4 of the SW4
of Section 29, Township 8 South, Range 25 East; thence
West 1320 feet; thence South 660 feet; thence East 1110
feet; thence North 630 feet; thence East 210 feet;
thence North 30 feet to the point of beginning,
containing 17 acres, more or less, as the case may be.

It was further recommended that after the execution and delivery of the Deed to the purchaser by the United States Marshal, the purchaser is hereby granted possession of the property against any or all persons now in possession.

It was also recommended that the proceeds of the sale conducted here be disbursed by the United States Marshal for the Eastern District of Oklahoma as follows:

>    FIRST:         The sum of . . . . . . . . . $8,300.00
>                   Payable to US Department of Justice
>                   in partial satisfaction of plaintiff's
>                   judgment of . ...............$279,306.12
>                   which includes:
>
>                   Unpaid principal of . . . . $274,920.10
>                   Interest to judgment & sale. ..$4,386.77
>
>    FOURTH:        The residue, if any, to be paid to the
>                   Clerk of this court to abide
>                   the further order of the court.

No objections were filed to said Report and Recommendation. Upon review, this Court hereby adopts the Findings and Recommendations as the ruling of this court. Accordingly, the Motion to Confirm Sale 3 (Dkt. 127) is hereby **GRANTED**.

**IT IS SO ORDERED** this 29th day of July, 2014.

Frank H. Seay
United States District Judge