# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | )　　CIV 10-084-FHS |
| | ) |
| 1)CHARLES O. DUCKETT, a.k.a. Charles | ) |
| Duckett, a.k.a. Charles Otis Duckett; | ) |
| 2)EVELYN D. DUCKETT, a.k.a. Evelyn | ) |
| Deloris Duckett, a.k.a. Evelyn Duckett, | ) |
| deceased, the unknown heirs, | ) |
| executors, devisees, trustees and | ) |
| assigns of Evelyn Deloris Duckett, | ) |
| deceased; 3)MARCUS DUCKETT; | ) |
| 4)KATIE DUCKETT; 5)CAPITAL ONE BANK; | ) |
| 6)FORD MOTOR CREDIT CORPORATION; | ) |
| 7)ERIN CAPITAL MANAGEMENT, LLC; | ) |
| 8)COLLINS FINANCIAL SERVICES, INC.; | ) |
| 9)NCO PORTFOLIO MANAGEMENT | ) |
| CAPITAL ONE; 10)STATE OF OKLAHOMA, | ) |
| ex rel., Department of Human Services; | ) |
| Defendants. | ) |

## ORDER

Before the court is the Findings and Recommendations of the United States Magistrate Judge, (Dkt. 159) in which the Magistrate Judge recommends that the United States Marshal's Sale and all proceedings under the Order of Sale are hereby approved and confirmed and that the United States Marshal for the Eastern District of Oklahoma make and execute to the purchaser, William Price, a good and sufficient deed for the property, more specifically described as follows:

All that part of the SE4 of SW4 of SE4 of

Section 21, Township 9 South, Range 25 East of the
Indian Base and Meridian, described as follows:

Begin 104 feet East of the SW corner of the SE4 of
SW4 of SE4 of said Section 21; run thence North 416
feet; Thence East 104 feet; Thence South 416 feet;
Thence West 104 feet to the point of beginning.

It was further recommended that after the execution and
delivery of the Deed to the purchaser by the United States Marshal,
the purchaser is hereby granted possession of the property against
any or all persons now in possession.

It was also recommended that the proceeds of the sale
conducted here be disbursed by the United States Marshal for the
Eastern District of Oklahoma as follows:

FIRST:          The sum of . . . . . . . . . $833.34
                Payable to US Department of Justice
                in partial satisfaction of plaintiff's
                judgment of . ...............$279,306.12
                which includes:

                Unpaid principal of . . . . $274,920.10
                Interest to judgment & sale. ..$4,386.77

SECOND:         The residue, if any, to be paid to the
                Clerk of this court to abide
                the further order of the court.

No objections were filed to said Report and Recommendation.
Upon review, this Court hereby adopts the Findings and
Recommendations as the ruling of this court.  Accordingly, the
Motion to Confirm Sale 4 (Dkt. 129) is hereby **GRANTED**.

**IT IS SO ORDERED** this 29th day of July, 2014.

Frank H. Seay
United States District Judge